DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PEOPLE'S TRUST INSURANCE COMPANY,**
Appellant,

v.

**KAMLA DOUGLAS,**
Appellee.

No. 4D2025-0556

[May 14, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. 062022CA005238AXXXCE.

Mark David Tinker and Brandon James Tyler, of Cole, Scott & Kissane, P.A., Tampa, for appellant.

Elliot Burt Kula and William Derek Mueller of Kula & Associates, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***